[No. 1968-3.   Division Three.   December 21, 1977.]

GEORGE W. MANSFIELD, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 228640, George T. Shields, J., entered March 30, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2259-3.   Division Three.   December 21, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JOSEPH NUNEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 24929, William H. Williams, J., entered January 4, 1977. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 2007-3.   Division Three.   December 21, 1977.]

MAX L. GLASGOW, JR., ET AL, *Appellants*, v. CHARLES J. BARTLESON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 229986, Patrick McCabe, J., entered June 8, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.